IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAURICE MOORE,<br><br>             Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY<br>ADMINISTRATION, et al.,<br><br>             Defendants. | 4:17-CV-3056<br><br>ORDER |

Plaintiff, a non-prisoner, filed a motion for leave to proceed in forma pauperis (filing 2). Upon review of the plaintiff's Motion, the Court finds that the plaintiff is financially eligible to proceed in forma pauperis.

IT IS ORDERED:

1. The plaintiff's motion for leave to proceed in forma pauperis is granted, and the complaint shall be filed without payment of fees.

2. The Clerk of the Court is directed to substitute Acting Commissioner of Social Security Nancy A. Berryhill for defendant Carolyn Colvin.[1]

3. This case may proceed to service of process. For service of process on the United States, the Clerk of the Court is directed to complete a summons form and a USM-285 form using the address:

    United States Attorney for the District of Nebraska
    1620 Dodge Street, Suite 1400
    Omaha, NE 68102-1506
    Attn: Civil Process Clerk

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

and shall complete a summons form and a USM-285 form using the address:

> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

and forward them together with copies of the complaint and a copy of this order to the United States Marshals Service,[2] which shall send them to those addresses by registered or certified mail. *See* Fed. R. Civ. P. 4(i)(1)(A)(ii) and (B).

4. For service of process on the Social Security Administration, the Clerk of the Court is directed to complete a summons form and a USM-285 form using the address:

    > The General Counsel
    > Social Security Administration
    > Room 617, Altmeyer Building
    > 6401 Security Boulevard
    > Baltimore, MD 21235-6401

    and forward them together with a copy of the complaint and a copy of this order to the United States Marshals Service, which shall send them to that address by registered or certified mail. *See* Fed. R. Civ. P. 4(i)(2).

5. For service of process on defendant Berryhill in her individual capacity, the Clerk of the Court is directed to complete a summons form and a USM-285 form using the address:

    > Nancy A. Berryhill
    > Social Security Administration
    > Room 900, Altmeyer Building
    > 6401 Security Boulevard

---

[2] Pro se litigants proceeding in forma pauperis are entitled to rely on service by the United States Marshals Service. *Wright v. First Student, Inc.*, 710 F.3d 782, 783 (8th Cir. 2013). Pursuant to 28 U.S.C. § 1915(d), in an in forma pauperis case, "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases." *See Moore v. Jackson,* 123 F.3d 1082, 1085 (8th Cir. 1997) (language in § 1915(d) is compulsory).

Baltimore, MD 21235-6401

and forward them together with copies of the complaint and a copy of this order to the United States Marshals Service. The Marshals Service shall serve defendant Berryhill in her individual capacity at the address above. Service may also be accomplished by using any of the following methods: residence, certified mail, or designated delivery service. *See*, Fed. R. Civ. P. 4(e); Neb. Rev. Stat. § 25-508.01.

6. For service of process on defendant "Lisa" in her individual capacity, the Clerk of the Court is directed to complete a summons form and a USM-285 form using the address:

> "Lisa," Director, Social Security Office
> 100 Centennial Mall North, Room 240
> Lincoln, NE 68508

and forward them together with copies of the complaint and a copy of this order to the United States Marshals Service. The Marshals Service shall serve defendant "Lisa" in her individual capacity at the address above.[3] Service may also be accomplished by using any of the following methods: residence, certified mail, or designated delivery service. *See*, Fed. R. Civ. P. 4(e); Neb. Rev. Stat. § 25-508.01.

7. The United States Marshal shall serve all process in this case without prepayment of fees from the plaintiff.

8. The Clerk of the Court is directed to file under seal any document containing the last-known personal addresses for the defendants.

9. The Clerk of the Court is directed to set the following case management deadline: August 7, 2017: check for completion of service of process.

---

[3] The Court has relied on the information provided in the plaintiff's complaint, and if that information proves inadequate to identify the defendant or perfect process, it is the plaintiff's responsibility to provide the information needed.

Dated this 9th day of May, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge